IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, | ) ) ) | |
| | ) | No. 3:23-cv-01139 |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGE RICHARDSON |
| POLYMER NATION, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff has filed a "Notice of Dismissal" (Doc. No. 21, "Notice") of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Notice was filed before any Defendant served either an answer or a motion for summary judgment.

Under Rule 41(a)(1)(A)(i), the Notice suffices to dismiss this action without any action on the part of the Court. Because the Notice states that the dismissal is with prejudice, the dismissal is in fact with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice, and the Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE