# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Westchester Fire Insurance Company

                            Plaintiff,

v.                                             Case No.: 3:23–cv–01139

Polymer Nation, LLC, et al.

                            Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/17/2024 re [22].

                                                        Lynda M. Hill
                                      s/ Sabrina D Brewer, Deputy Clerk